IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY DAVIS, on behalf of himself and others similarly situated,<br>                    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br>                    Defendant. | Case No. 23-cv-00089-JFM |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Timothy Davis ("Plaintiff") respectfully moves for the following relief:

First, Plaintiff asks the Court to certify this lawsuit as a class action pursuant to Federal Rule of Civil Procedure ("Civil Rule") 23(a) and (b)(3). The proposed class is defined as follows: "All Progression Team Members who have been employed by Target at its Chambersburg Distribution Center at any time since November 29, 2019." As discussed in the accompanying brief and reflected in the accompanying exhibits, this lawsuit – which challenges the legality of standardized and company-wide pay policies that Target has imposed on all putative class members – is especially well-suited for classwide resolution.

Second, Plaintiff asks the Court to appoint the undersigned law firms to serve as "Class Counsel." As discussed in the accompanying brief and reflected in the accompanying declarations, these law firms are qualified to represent the class based on the factors described in Civil Rule 23(g)(1)(A).

Third, Plaintiff asks the Court to approve both (i) the "Notice of Class Action Lawsuit" form attached as Exhibit A and (ii) the class notice protocols and procedures detailed at in Section III.C of the accompanying brief and paragraph 4 of the accompanying proposed order. As discussed in the brief, the notice form "clearly and concisely state[s] in plain, easily understood language" the various subject matter described in Civil Rule 23(c)(2)(B)(i)-(vii). Meanwhile, the proposed notice

protocols and procedures constitute the "best notice that is practicable under the circumstances."

**WHEREFORE**, Plaintiff requests that the Court grant this Motion and enter the accompanying proposed order.

Date:  October 4, 2023                             Respectfully,

                                                    */s/ Deirdre Aaron*
                                                    Deirdre Aaron
                                                    Peter Winebrake
                                                    Winebrake & Santillo, LLC
                                                    715 Twining Road, Suite 211
                                                    Dresher, PA 19025
                                                    (215) 884-2491

                                                    Sarah R. Schalman-Bergen
                                                    Krysten Connon
                                                    Lichten & Liss-Riordan, P.C.
                                                    729 Boylston Street, Suite 2000
                                                    Boston, MA 02116
                                                    (267) 256-9973

                                                    Maureen A. Salas (admitted *pro hac vice*)
                                                    Werman Salas P.C.
                                                    77 W. Washington St., Suite 1402
                                                    Chicago, Illinois 60602
                                                    Tel: (312) 419-1008
                                                    msalas@flsalaw.com