IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY DAVIS** | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   23-89 |
| | : | |
| **TARGET CORPORATION** | : | |

# ORDER

**AND NOW**, this 7th day of November 2025, upon consideration of plaintiff's unopposed motion for preliminary approval of class action settlement and other related relief (DI 109), the accompanying class action Settlement Agreement and Release (DI 109-1), and all other papers and proceedings herein, it is hereby **ORDERED**:

1.  The plaintiff's motion (DI 109) is **GRANTED**, and the settlement of this action is **PRELIMINARILY APPROVED** because it appears that, at the final approval stage, the court "will likely be able to" approve the settlement under the criteria described in Federal Rule of Civil Procedure ("Civil Rule") 23(e)(2).

2.  The "Notice of Settlement" forms ("Notice Form") attached to the Agreement as Exhibits C and D and the notice protocols described in paragraphs 39-42 of the Agreement are approved pursuant to Civil Rules 23(c)(2)(B). All Class Members will receive an appropriate Notice Form.

3.  The Class includes all individuals identified on the Class List produced by Target as TARGET-TDAVIS 000429 on January 12, 2024 who have been employed as Progression Team Members at Defendant's Chambersburg Distribution Center at any time between November 29, 2019 and September 8, 2025, excluding: (1) the 1,957 individuals previously dismissed by the Court's summary judgment order, as amended (DI 101); and (2) the 20

individuals who previously elected to exclude themselves from this Action (DI 52). The Class includes 3,100 members, who are identified in Exhibit A and B of the Agreement.

4.  Class Members who want to exclude themselves from the settlement must follow the procedures described in paragraph 44 of the Agreement, Section 8 of the Notice Form attached as Exhibit C to the Agreement, and Section 9 of the Notice Form attached as Exhibit D.

5.  Class Members who want to object to the settlement must follow the procedures described in paragraph 45 of the Agreement, Section 9 of the Notice Form attached as Exhibit C to the Agreement, and Section 10 of the Notice Form attached as Exhibit D.

6.  Pursuant to Civil Rule 23(e)(2), a hearing addressing final approval of the settlement will be held on **March 18, 2026** at **10:00A.M.** in **Courtroom 3B**, Third Floor, of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.  During this hearing, the Court will hear from any objectors or other class members who wish to address the Court and will hear argument from class counsel regarding, inter alia, the following issues: whether the settlement is fair and reasonable and warrants final approval under Civil Rule 23(e)(2); whether the service award described in the Agreement should be approved; and whether the attorney's fees and costs sought by class counsel should be approved under Civil Rule 23(h).

7.  No later than **March 11, 2026**, class counsel shall file all papers in support of the final approval of the settlement and the associated issues described in paragraph 6 above. The motion for final approval shall include copies of any objections submitted and identify any Class Members who have requested to be excluded from the Settlement.

_____
MURPHY, J.

2